J.C. Flores (SBN#258315)
Attorney at Law
2100 Montrose Ave. #6
Montrose, CA 91020

Limited Scope Attorney
for Defendants

UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

| James Shayler, an individual,<br><br>    Plaintiff(s),<br>  v.<br><br>900 S. La Brea, LLC, a California limited liability company; SHANFELD GROUP, INC, a California corporation; ISAAC SHANFELD FAMILY LP, a California limited partnership; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.:  2:21-cv-03213-JAK-MAA<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>New Response Date: **June 4, 2021** |
|---|---|

  Plaintiff James Shayler, an individual ("Plaintiff"), on one hand, and the above entitled defendants ("Defendants"), on the other hand, by and through their respective counsel of record, hereby enter into this stipulation based on the following recitals of fact:

**RECITALS**

  A. On April 15, 2021, Plaintiff filed the Complaint in the above-entitled matter.

  B. The parties desire and have agreed to extend the time for Defendant to respond to the Complaint in order to focus on settling the matter.

**STIPULATION**

  Based on the foregoing recitals of fact, which are incorporated herein, Plaintiff and Defendant hereby stipulate and agree that: the deadline for Defendant to respond to the Complaint shall be extended to June 4, 2021 at midnight.

1

All parties have consented to the use of their electronic signatures.

Dated:  May 14, 2021

J.C. FLORES, ATTORNEY AT LAW

*/s/ J.C. Flores*
J.C. Flores
Limited Scope Attorney for Defendants
900 S. La Brea, LLC, a California limited liability company;
SHANFELD GROUP, INC, a California corporation; ISAAC SHANFELD FAMILY LP, a California limited partnership

Dated:  May 14, 2021

MANNING LAW, APC

/s/Joseph Manning, Jr.
Attorney for Plaintiff
James Shayler, an Individual